1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: 559-487-5561/Fax: 559-487-5950

5  Attorney for Defendant
   JOSEPH HENRY NAREZ
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  1:05-cr-0231 AWI
                                     )
12              Plaintiff,           )  **ORDER FILING UNDER SEAL**
                                     )
13         vs.                       )
                                     )
14  JOSEPH HENRY NAREZ,              )
                                     )
15              Defendant.           )
                                     )
16  _____ )

17        **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that** Exhibit B of the

18  movant's Section 2255 motion, the presentence report and recommendations shall be filed **under**

19  **seal** until further order of the Court.

20

21  IT IS SO ORDERED.

22  Dated:   June 27, 2016            _____

23                                    SENIOR  DISTRICT  JUDGE

24

25

26

27

28

                                   1
[Proposed] Sealing Order