UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOSEPH HENRY NAREZ,<br><br>Defendant | CASE NO. 1:05-CR-0231 AWI-1<br><br>ORDER FOR THE UNITED STATES TO RESPOND TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |

On August 11, 2021, Defendant filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).[1] After review, the Court finds that it is appropriate for the United States to respond to Defendant's motion. By this order, the Court will establish a briefing schedule to resolve Defendant's motion.

Additionally, a review of the docket indicates that the attorney who appeared in this case for the United States is no longer a Deputy United States Attorney. Therefore, in order to ensure that the United States has adequate notice and an opportunity to respond, the Court will order the Clerk to serve a copy of this order on current Deputy United States Attorneys Kim Sanchez and Henry Carbajal. While neither Ms. Sanchez nor Mr. Carbajal will be ordered to appear in this case, the Court anticipates that Ms. Sanchez or Mr. Carbajal will ensure that a current Deputy United States Attorney will review this matter and file a response.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one (21) days of service of this order, the United States shall file a response to Defendant's motion for compassionate release;

---

[1] The Court also granted a request to seal documents and ordered that *inter alia* Exhibit E be filed under seal. Defendant shall ensure that counsel for the United States is a provided a copy of Exhibit E and all sealed documents.

2. Defendant shall file a reply within seven (7) days of service of the United States' response;

3. If the Court determines that a hearing would be beneficial, it will issue a separate order setting a hearing date after all briefing has been received; and

4. The Clerk shall serve a copy of this order on Deputy United States Attorneys Kim Sanchez and Henry Carbajal

IT IS SO ORDERED.

Dated:  August 13, 2021                            _____
                                                                    SENIOR DISTRICT JUDGE