PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JOSEPH HENRY NAREZ,<br><br>         Defendant. | CASE NO. 1:05-CR-00231-AWI<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE** |

On August 11, 2021, the defendant filed a motion to vacate and/or reduce his sentence in the above-referenced case. The government's response is currently due on September 3, 2021. The undersigned was recently assigned to this case and requires more time to compose the government's response. Therefore, the Parties stipulate to continue the due date for the government's response until September 17, 2021. The defendant's reply will be due on October 1, 2021.

///

///

///

1

**IT IS SO STIPULATED.**

DATED: August 30, 2021

Respectfully Submitted,

/s/ Eric Kersten
ERIC KERSTEN
Counsel for the defendant

DATED: August 30, 2021

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney

IT IS SO ORDERED.

Dated: August 31, 2021

_____
SENIOR DISTRICT JUDGE

2