PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH HENRY NAREZ, <br><br> Defendant. | CASE NO. 1:05-CR-00231-AWI <br><br> **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE** |

On August 11, 2021, the defendant filed a motion to vacate and/or reduce his sentence in the above case. The government's response is currently due on September 17, 2021. The government is waiting on the Bureau of Prisons to provide additional documents re the defendant's exhaustion of administrative remedies. Therefore, the Parties stipulate to continue the due date for the government's response until October 1, 2021. This will be the second such continuance. The defendant's reply will be due on October 15, 2021.

///

///

///

1

**IT IS SO STIPULATED.**

                                                                         Respectfully Submitted,

DATED:  September 16, 2021　　　　　　　　　　/s/ Eric Kersten
　　　　　　　　　　　　　　　　　　　　　　　ERIC KERSTEN
　　　　　　　　　　　　　　　　　　　　　　　Counsel for the defendant


DATED:  September 16, 2021　　　　　　　　　　/s/ Joseph Barton
　　　　　　　　　　　　　　　　　　　　　　　JOSEPH BARTON
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


IT IS SO ORDERED.

Dated:   September 16, 2021　　　　　_____
　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE