PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH HENRY NAREZ,<br><br>　　　　　　　　Defendant. | CASE NO. 1:05-CR-00231-AWI<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE** |

　　　　On August 11, 2021, the defendant filed a motion to vacate and/or reduce his sentence in the above case. The government's response is currently due on October 1, 2021. The government is considering a potential resolution proposed by defense counsel. Therefore, the Parties stipulate to continue the due date for the government's response until October 15, 2021. This will be the third such continuance. The defendant's reply will be due on October 29, 2021.

///

///

///

1

**IT IS SO STIPULATED.**

                         Respectfully Submitted,

DATED:  September 30, 2021          /s/ Eric Kersten
                                    ERIC KERSTEN
                                    Counsel for the defendant

DATED:  September 30, 2021          /s/ Joseph Barton
                                    JOSEPH BARTON
                                    Assistant United States Attorney

IT IS SO ORDERED.

Dated:   September 30, 2021          _____
                                    SENIOR  DISTRICT  JUDGE