1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ERIC V. KERSTEN, #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JOSEPH NAREZ

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:05-cr-00231-AWI |

12 | Plaintiff, | |

13 | v. | STIPULATION TO EXTEND COMPASSIONATE RELEASE BRIEFING SCHEDULE; |

14 | JOSEPH NAREZ, | ORDER |

15 | Defendant. | |

16

17

18      On August 11, 2021 Joseph Narez filed a motion to vacate and/or reduce his sentence

19 pursuant to 18 U.S.C. § 3582(c). On October 15, 2021 the government filed an opposition to

20 defendant's motion. Mr. Narez' reply is currently due October 29, 2021. To accommodate

21 counsel's schedule, and to allow time for additional investigation and communication with Mr.

22 Narez, who is incarcerated at FCI Lompoc; **IT IS HEREBY STIPULATED** by the parties

23 through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for

24 plaintiff; and Assistant Federal Defender Eric Kersten, counsel for defendant Joseph Narez, that

25 the date for defendant's reply may be extended 10 days, to November 8, 2021.

26  ///

27  ///

28  ///

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 4 | DATED:  October 27, 2021 | By:  */s/ Joseph Barton*<br>JOSEPH BARTON |
| 5 |   | Assistant United States Attorney<br>Attorney for Plaintiff |
| 7 |   | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | DATED:  October 27, 2021 | By:  */s/ Eric V. Kersten*<br>ERIC V. KERSTEN |
| 10 |   | Assistant Federal Defender<br>Attorney for Defendant |
| 11 |   | JOSEPH NAREZ |

**ORDER**

IT IS SO ORDERED.

Dated:  October 29, 2021

_____
SENIOR  DISTRICT  JUDGE