IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH H. NAREZ,<br><br>Defendant. | Case №: 1:05-CR-00231-1-AWI<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes the Court to appoint him counsel to represent him on his motion for compassionate release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Eric V. Kersten is appointed to represent the above defendant in this case effective *nunc pro tunc* to February 1, 2025, substituting the Federal Defenders Office appointed per G.O. 595.

IT IS SO ORDERED.

Dated:  **March 12, 2025**

UNITED STATES DISTRICT JUDGE

-1-